Case 2:21-cv-00417-JMS-MJD   Document 1   Filed 11/08/21   Page 1 of 6 PageID #: 1

FILED
11/08/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United States District Court
For The District of Terre Haute

Roger Dale Godwin, aka Adeeb Omar Osama Ludden,
Plaintiff,
    -vs-                    Civil Action No.
Dustin A. Holmes, Warden T.J Watson, SIS Lt. Edwards, SIA Baker, A.W C. Hillard, A.W Sweeney, Captain Goodman, Trust Account Ms. Gilbert, C/O Stewart, Dr. N. Osborne etc et al Defendants, Individually and in their official capacities

| Plaintiff's Notice of Biven's Action Lawsuit 403 U.S 388 (1971). |

### I. Jurisdiction & Venue

1. This is a civil Bivens Action upon all defendant(s). Thus Court has jurisdiction under 28 U.S.C §1331, 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C §2201, 2202. Plaintiff's claims for Injunctive Relief are authorized by 28 U.S.C §2283, 2284 and Rule 65 of the Fed. R. Civ. P.

2. The U.S District Court For Terre Haute, IN, is an appropriate venue under 28 U.S.C §1391(b)(2) because it is where the events giving rise to this claim occurred.

### II. Plaintiff:

3. Plaintiff is and was at all times mentioned herein a prisoner of the State of Indiana in the custody of (B.O.P). He is currently confined in U.S.P Terre Haute, Vigo Co, IN.

### III. Defendant(s)

Each Defendant is sued Individually and in His/Her

official capacity. At all times mentioned in this Complaint each Defendant acted under the color of state Law...

### III. Facts:

I came to U.S.P Terre Haute, IN from FCI Coleman, Fla. Dec. 2020. I was on quarantine for 22 days, then went to E1 Unit. Two weeks afterwards I started being harassed, targeted by Watson, Goodman, Sweeney, Hillard, Edwards, Baker, Osborne falsely accusing me of selling drugs, using drugs yet I passed all Drug Test given, cell searches then Watson, Baker, Edwards, Sweeney, Hillard, Goodman had my E-Mails delayed up to 30 days until send/deliever, hold all my Legal Mail, Cenorship, pictures without Justification, or Non-Deliever Receipt or Any Contraband Receipt, or Infractions then I was falsely accused by same individuals of Terrorist, Terrorism do to I'm a Sunnah Muslim, have ties, family, friends, banks in the Middle East yet there was no proof of evidence to support any of there allegation(s). I filed BP 8,9,10,11's not received any responses [exhibit-I]. On or about June 2021, I came to Challenge Program C-2 Unit, two days of my arrival Watson, Goodman, Sweeney, Hillard, Baker, Edwards, Osborne, Holmes had me Drug Tested X1-Random, X4 Suspect, passed each one, Stewart told them he got information I was Using, Selling saboxine which once again became loe do I passed each drug test, cell searches. I filed X3 BP 8,9,10,11 never received a responce.

③

On 9-26-21, 9:45AM C-2 Unit #231 Holmes, told "me" to go to showers, did so, Holmes asked my cellie Matthew Maffei (see Exhibit-2 Aff'd by Maffei) but Maffei told Holmes that I don't sell or use drugs, there's none in the cell (#231, Holmes only searched my bed, locker, found No contraband but he seized my Legal Mail addressed to: FBI Director @ DC, to: Hon. Ranner C. Collins which had no contraband, Holmes by BOP, DOJ, 1st, 6th, 14th USCA violated because there was no contraband, can't do so he could inspect in front of me, didn't do so, he seized (4 Flats of stamps) for no justification, Maffei, Todd Haas Affidavits gonna prove he seized my legal mail illegally, violated the 1st, 6th USCA. Edwards, Holmes, Baker, Watson, Hillard, Sweeney, Goodman, Stewart started mail tampering with All my mail to: Attorney Thomas E. Higgins, Jr, Hon. Collins, FBI, USMS, Courts, Family but only to harass, intimidate the plaintiff, thus violates his 1st, 6th, 14th USCA, thus went from August 2021-Present, he's filed BP8, 9, 10, 11 (no response Exhibit-3). 11-1-2021, Watson, Baker, Holmes, Hillard, Sweeney, Goodman, Gilbert, Osborne, Stewart had Godwin's I. Phone blocked so he cannot call his Attorney's, 2. his family, Fiancee, Kid's, father who's on his death bed (see 4 Exhibits (54 witnesses Affidavit's), foward all E-Mails to DOJ-OIG for Investigation. Holmes works part-time as (SIS), he, all defendant's has retaliated, retails tory, staff misconduct, death threats, herassment, intimidation do to Plaintiff, his Attorney's, family reported all defendants illegal/unofficial acts/omissions to FBI, DOJ so by

(6)
them blocking his phone, E-mail was only to retaliate hope to prevent him go further as he has but in reality it's not stopped he then do to his cousin has also delayed snail mail, E-mails to them all too on 9-2-21 (Exhibit-5), (see Exhibit-6 there response), on 9-1-21, Edwards called me to Lt. Office, told me quote: You better lay the fuck down before you end up dead in our SHU like your buddy Mike Rudden or we falsely send you to (SMU) or (ADX) or active yard, stop paying your homies to do your dirty work, stop looking up my staff backgrounds, stop your filing on my staff if not you'll end up dead in my SHU or assaulted by my boyz at the SHU, I said Death Threats is against the Code of BOP, if one of your staff or inmate put a hand on me well my family, Judge, Attorney's, AUSA will be so far up your ass you won't be able to see daylight, just remember I'm not a lifer, there's a lot Sunnah Muslim's, South Homies on this yard if you harm me be prepare they'll act. (see exhibit 6 John & Jane Doe BOP Staff Witnesses) 9-3-21, Green Coordinor, Captain Goodman searched me, said as he was doing so: Your a deadman walking on eggshells keep fucking with me, my staff you'll see at my SHU (see exhibit 7-9 Witnesses). This has place ~~scratched out~~ thus to be appropriate, places me in immediate harm.

### V. Legal Claims.

1. For Holmes. seizing my legal mail is a violation of the 1st, 6th, 14th USCA, Deliberate Indifference, Retaliation.

For Holmes, Stewart, Goodman, Hilliard, Sweeney, Watson, Baker, Watson, Edwards holding my E-Mails, not deliver, my legal mail, cenorship, pictures, freeze Phone, Account for No Justifications(s), NO contraband, No infractions, No Criminal Activities, No incident reports besides Retaliation, Retaliatory harassment, thus violates the 1st, 6th, 14th USCA, Edwards, Goodman death threats violates the 5th, 8th, 14th USCA, staff misconduct, Osborne threats also violates 5th, 8th, 14th USCA.

(2). The plaintiff has No plain, adequate or complete remedy at law to Redress the wrongs described herein, Plaintiff has been and will continue be irreparably injured by the conduct of the Defendant(s) unless this Court grants the Declaratory and Injunctive Relief which plaintiff seeks.

## VI.    Prayer For Relief:

Wherefore, plaintiff respectfully prays that this Court enter Judgement granting Plaintiff:

1. A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and Laws of the United States.

2. A preliminary and permanent injunction ordering all Def's to stop Retaliating, Harassing, Retaliation, Death Threats, violating my Constitution & Civil Rights.

3. Punitive damages in the amount of $20 million per defendant.

4. Compensatory Damages in the amount of $90 million per a Defendant individually, jointly, severally.
5. A Jury trial on all issues triable by Jury.
6. Plaintiff's costs in this suit.
7. Order if any USP/BOP Terre Haute, IN Staff retaliate, retaliatory, assault, death threat, revenge. Plaintiff complaint will be Amended, they will be Prosecuted.
8. Any additional relief this court deems Just, proper, and equitable.

Date: 11-3-21

Roger Godwin #08265080
USP Terre Haute, PO Box 33, Terre Haute, IN 47808
Executed at Terre Haute, IN. Vigo Co, IN on 11-3-21.

\* Plaintiff is in process paying/attempt retainer for Atty Scott E. Racop not verified as 11-2-21. \*