UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER DALE GODWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:21-cv-00417-JMS-MJD |
| ) | |
| DUSTIN A. HOLMES, et al. ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

The Court now enters final judgment. The plaintiff takes nothing by the complaint, and the action is **DISMISSED without prejudice**.

Date: 12/20/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk
United States District Court

By: Deputy Clerk

Distribution:

ROGER DALE GODWIN
08265090
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808